KAMER ZUCKER ABBOTT
Scott M. Abbott          #4500
Kaitlin H. Paxton        #13625
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel:    (702) 259-8640
Fax:   (702) 259-8646
sabbott@kzalaw.com
kpaxton@kzalaw.com

Attorneys for Defendants
Dr. Arjun Gururaj, individually;
and Arjun V. Gururaj, M.D.,
a professional corporation

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BETH SANTORI,<br><br>          Plaintiff,<br><br>vs.<br><br>DR. ARJUN GURURAJ, individually; ARJUN V. GURURAJ, M.D., a professional corporation; and NEVADA HEART AND VASCULAR (RESH) LLP,<br><br>          Defendants. | Case No. 2:21-cv-01960-JAD-DJA<br><br>**STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANTS DR. ARJUN GURURAJ AND ARJUN V. GURURAJ, M.D. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

The Parties, by and through their respective counsel of record, stipulate and request that this Court extend the time for Defendants Dr. Arjun Gururaj, individually, and Arjun V. Gururaj, M.D., a professional corporation (hereinafter collectively referred to as "Gururaj"), to respond to Plaintiff's Complaint, up to and including **Thursday, January 20, 2022**. In support of this Stipulation and Request, the parties state as follows:

1.      Plaintiff served Defendants Gururaj with copies of the Summons and Complaint on November 13 and 15, 2021. The present deadline for Defendants Gururaj to respond to Plaintiff's Complaint is December 3 and 6, 2021.

2.      Counsel for both Plaintiff and Defendants Gururaj are currently discussing a potential early resolution of this matter. While those discussions continue, counsel for both parties believe it

would be prudent to conserve their respective resources and focus on determining whether this matter be resolved. Counsel for both parties have discussed and agreed to an extension of time for Defendants Gururaj to respond to Plaintiff's Complaint.

3. This is the first request for an extension of time for Defendants Gururaj to respond to Plaintiff's Complaint, and is not sought for any improper purpose or other reason of delay. This extension is sought only to secure sufficient time to assess whether the parties' present discussions as to a potential early resolution of this matter may be achieved.

WHEREFORE, the parties respectfully request that Defendants Gururaj be permitted an extension of time, up to and including **January 20, 2022**, to respond to Plaintiff's Complaint.

DATED this 1st day of December 2021.

HOLMAN LAW OFFICE                                         KAMER ZUCKER ABBOTT

By:  /s/ *Kristina S. Holman*                             By:  /s/ *Scott M. Abbott*
     Kristina S. Holman     #3742                              Scott M. Abbott     #4500
     8275 S. Eastern Avenue, Suite 215                         Kaitlin H. Paxton   #13625
     Las Vegas, Nevada 89123                                   3000 West Charleston Blvd., Suite 3
     Tel: (702) 614-4777                                       Las Vegas, Nevada 89102-1990
     Fax: (702) 487-3128                                       Tel: (702) 259-8640
                                                               Fax: (702) 259-8646
     Jay D. Ellwanger
     Ellwanger Law LLLP                                   Attorneys for Defendants Gururaj
     8310 N. Capital of Texas Highway, Ste. 190
     Austin, Texas 78731
     Tel: (737) 808-2260

     Attorneys for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

DATED: December 2, 2021                                   _____
                                                          UNITED STATES MAGISTRATE JUDGE