LIPSON NEILSON P.C.
JOSEPH P. GARIN
Nevada Bar No. 6653
JESSICA A. GREEN
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500/FAX (702) 382-1512
jgarin@lipsonneilson.com
jgreen@lipsonneilson.com

*Attorneys for Defendants Nevada Heart & Vascular Center (RESH) LLP*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BETH SANTORI, individually,<br><br>Plaintiffs,<br><br>v.<br><br>DR. ARJUN GURURAJ, individually; ARJUN V. GURURAJ, M.D., A PROFESSIONAL CORPORATION; and NEVADA HEART AND VASCULAR CENTER (RESH) LLP,<br><br>Defendants. | Case No.: 2:21-cv-01960-JAD-DJA<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT NEVADA HEART AND VASCULAR CENTER (RESH) LLP TO RESPOND TO COMPLAINT [ECF NO. 1]** |

Plaintiff Beth Santori, by and through her attorneys, HOLMAN LAW OFFICE, and Defendant Nevada Heart and Vascular Center (RESH) LLP ("Defendant"), by and through its attorneys, LIPSON NEILSON P.C., agree and stipulate that the time for Defendant to respond to Plaintiff's Complaint [ECF No. 1] is extended from Monday, December 6, 2021, to Wednesday, January 19, 2022.

Pursuant to Local Rule 6-1(b), the parties state the reason for the extension is that the parties are engaged in settlement discussions and that in view of the possibility of settlement of this case, there is good cause to extend. The parties have entered into this agreement in good faith and not for purposes of delay. This request will not cause any prejudice to the parties in this matter.

/ / /

- 1 -

*Santori v. Dr. Arjun Gururaj, et al.*
Case No: 2:21-cv-01960-JAD-DJA

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: December 6, 2021. | Dated: December 6, 2021 |
| HOLMAN LAW OFFICE | LIPSON NEILSON P.C. |
| */s/ Kristina S. Holman*<br>By:_____<br>KRISTINA S. HOLMAN<br>Nevada State Bar No. 3742<br>8275 S. Eastern Ave. Suite 215 Las Vegas, Nevada 89123<br>Tel: (702) 614-4777<br>Fax: (702) 487-3128<br>kholman@kristinaholman.com<br><br>Jay D. Ellwanger<br>ELLWANGER LAW LLLP<br>8310-1 N. Capital of Texas Highway, Ste. 190<br>Austin, Texas 78731<br>(737) 808-2260<br>jellwanger@equalrights.law<br><br>*Attorneys for Plaintiff* | */s/ Jessica A. Green*<br>By:_____<br>JOSEPH P. GARIN<br>Nevada Bar No. 6653<br>JESSICA A. GREEN<br>Nevada Bar No. 12383<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>(702) 382-1500<br>jgarin@lipsonneilson.com<br>jgreen@lipsonneilson.com<br><br>*Attorneys for Defendants Nevada Heart and Vascular Center (RESH) LLP* |

**ORDER**

Based on the foregoing stipulation of the parties,

**IT IS SO ORDERED.**

Dated: December 7, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

- 2 -