KAMER ZUCKER ABBOTT
Scott M. Abbott          #4500
Kaitlin H. Paxton       #13625
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel:     (702) 259-8640
Fax:    (702) 259-8646
sabbott@kzalaw.com
kpaxton@kzalaw.com

Attorneys for Defendants
Dr. Arjun Gururaj, individually;
and Arjun V. Gururaj, M.D.,
a professional corporation

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BETH SANTORI,<br><br>                    Plaintiff,<br><br>vs.<br><br>DR. ARJUN GURURAJ, individually; ARJUN V. GURURAJ, M.D., a professional corporation; and NEVADA HEART AND VASCULAR (RESH) LLP,<br><br>                    Defendants. | Case No. 2:21-cv-01960-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 10 |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*.  The parties are to bear their own attorney's fees and costs, except as otherwise provided.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear their own attorney's fees and costs, except as otherwise provided.

DATED this 17th day of December 2021.

| HOLMAN LAW OFFICE | KAMER ZUCKER ABBOTT |
|---|---|
| By: /s/ *Kristina S. Holman* <br> Kristina S. Holman    #3742 <br> 8275 S. Eastern Avenue, Suite 215 <br> Las Vegas, Nevada 89123 <br> Tel: (702) 614-4777 <br> Fax: (702) 487-3128 | By: /s/ *Scott M. Abbott* <br> Scott M. Abbott    #4500 <br> Kaitlin H. Paxton    #13625 <br> 3000 West Charleston Blvd., Suite 3 <br> Las Vegas, Nevada 89102-1990 <br> Tel: (702) 259-8640 <br> Fax: (702) 259-8646 |
| Jay D. Ellwanger <br> Ellwanger Law LLLP <br> 8310 N. Capital of Texas Highway, Ste. 190 <br> Austin, Texas 78731 <br> Tel: (737) 808-2260 | Attorneys for Defendants Gururaj |
| Attorneys for Plaintiff | |
| | LIPSON NEILSON P.C. |
| | By: /s/ *Jessica A. Green* <br> Jessica A. Green    #12383 <br> 9900 Covington Cross Drive, Suite 120 <br> Las Vegas, Nevada 89144-7052 <br> Tel: (702) 382-1500 |
| | Attorneys for Nevada Heart and Vascular (RESH) LLP |

## ORDER

Based on the parties' stipulation **[ECF No. 10]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 29, 2021